UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN, JR.,
*on behalf of himself and
all others similarly situated,*

       Plaintiff,

       -against-

CBS INTERACTIVE INC.,

       Defendants.

---

Case No.: 18-CV-11397

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Phillip Sullivan, Jr., are hereby dismissed without prejudice, in their entirety, as against Defendant, CBS Interactive Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 10, 2019
New York, New York

Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Phone: (212) 465-1188

_____
C.K. Lee, Esq. (4086)

SO ORDERED:

_____
U.S.D.J.